No. 178. PAGE ET AL. *v.* PAN AMERICAN PETROLEUM CORP. ET AL. Ct. Civ. App. Tex., 13th Sup. Jud. Dist. Certiorari denied. *Willett Wilson* for petitioners. *Cecil N. Cook, Roy L. Merrill, Dwight H. Austin* and *Joyce Cox* for respondents. ▮

No. 183. ASSOCIATED PRESS *v.* TAFT-INGALLS CORP., FORMERLY CINCINNATI TIMES-STAR Co.; and

No. 185. TAFT-INGALLS CORP. *v.* ASSOCIATED PRESS. C. A. 6th Cir. Certiorari denied. *William P. Rogers, Timothy S. Hogan* and *H. Allen Lochner* for petitioner in No. 183 and for respondent in No. 185. *Robert T. Keeler* for petitioner in No. 185 and for respondent in No. 183. Reported below: 340 F. 2d 753.

No. 186. PRICE ET AL. *v.* PRICE. Super. Ct. Mass., Norfolk County. Certiorari denied. *John D. O'Reilly, Jr.,* for petitioners. *George Welch* for respondent. ▮

No. 187. DUROVIC *v.* PALMER ET AL. C. A. 7th Cir. Certiorari denied. *Julius L. Sherwin* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *William W. Goodrich* for respondents. ▮

No. 188. SCHERER & SONS, INC. *v.* INTERNATIONAL LADIES' GARMENT WORKERS' UNION, LOCAL No. 415, AFL–CIO, ET AL. C. A. 5th Cir. Certiorari denied. *Joseph A. Perkins* for petitioner. *Morris P. Glushien* for respondent International Ladies' Garment Workers' Union. ▮

No. 194. BAKER *v.* SIMMONS Co. C. A. 1st Cir. Certiorari denied. *Maurice Schwartz* for petitioner. *William E. Anderson* for respondent. ▮